IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 17 1997

| | | |
|---|---|---|
| JANA JAFFE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | SA-97-CA-0220 |
| MORRIS D. JAFFE, SR., Successor | § | |
| Trustee of the JANA STADLER JAFFE | § | |
| DE ROSSELL TRUST of | § | |
| October 18, 1985 | § | |

## ORDER GRANTING LEAVE TO SUPPLEMENT PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff has filed a motion requesting leave to supplement her Original Complaint by attaching the Exhibit "A" which was inadvertently omitted from the copy of the Complaint delivered to the court clerk. This suit was just commenced on Friday, February 21, 1997, and the omission of the exhibit has been satisfactorily explained. No prejudice will result to any party by reason of granting leave to attach the exhibit. It is therefore

ORDERED:

That Plaintiff's Motion for Leave to Supplement by attaching Exhibit "A" to her Original Complaint is GRANTED. The Clerk is directed to attach the tendered exhibit to the Original Complaint and/or to place same in the file whereupon it shall be deemed a part of the Original Complaint in this case.

SIGNED this _17_ day of _March_, 1997.

ORLANDO GARCIA,
UNITED STATES DISTRICT JUDGE