FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAN - 8 1998

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | | |
|---|---|---|
| JANA JAFFE, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-97-CA-0220 |
| | § | |
| MORRIS D. JAFFE, SR., Successor | § | |
| Trustee of the JANA STADLER JAFFE | § | |
| DE ROSSELL TRUST of October 18, 1985, | § | |
|     Defendant. | § | |

## ORDER GRANTING JOINT MOTION OF PLAINTIFF AND OF DEFENDANT TO DISMISS CASE WITH PREJUDICE

On this date came on for consideration the Joint Motion to Dismiss the above-entitled and numbered case, with prejudice, of the Plaintiff, **JANA JAFFE**, and of the named party Defendant herein, **MORRIS D. JAFFE, SR.**, both in his individual capacity and as the Successor Trustee of **THE JANA STADLER JAFFE DE ROSSELL TRUST (of October 18, 1985)**. After reviewing such Joint Motion to Dismiss, and the other pleadings and matters on file herein, the Court finds that such Joint Motion is well-founded and should be GRANTED.

IT IS THEREFORE **ORDERED** that the Plaintiff's and said named party Defendant's Joint Motion to Dismiss Case is GRANTED, and that the above-styled and numbered case be and is therefore **DISMISSED, WITH PREJUDICE** to the rights of the parties, including **MORRIS D. "DOUG" JAFFE, JR.** and **JAFFE GROUP, INC.**, as named but not party Defendants herein, to re-assert and/or re-file any of the claims and causes of action made the basis, subject or part of this case against any other party in this case at some later date, particularly including any claims arising from the initiation or filing of this case by the Plaintiff.

41

All costs in this matter are to be borne by the party incurring same.

SIGNED this the _8th_ day of _January_ , ~~1997~~ 1998.

_Orlando L. Garcia_ (signature)

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE